IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

LEROY LYMONS,
TRENTON A. COPELAND,
ANTHONY MARTIZ WHITEHURST, JR.,
CAMERON DEONTE SINGLETON,
and
KENDELL JAMAL CUSHON

SUPERSEDING
INDICTMENT
3:11cr37-LAC

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about January 1, 2010, and the date of the return of this Indictment,

in the Northern District of Florida and elsewhere, the defendants,

LEROY LYMONS,
TRENTON A. COPELAND,
ANTHONY MARTIZ WHITEHURST, JR.,
CAMERON DEONTE SINGLETON,
and
KENDELL JAMAL CUSHON,

did knowingly and willfully combine, conspire, confederate and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and this offense involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine,

Filed 1004'11 UsDcFln4PM0551

in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about August 18, 2011, in the Northern District of Florida, the defendants,

**ANTHONY MARTIZ WHITEHURST, JR.,
CAMERON DEONTE SINGLETON,
and
KENDELL JAMAL CUSHON,**

did knowingly and willfully possess with intent to distribute a controlled substance, and this offense involved twenty eighty (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine."

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

### CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants,

**LEROY LYMONS,
TRENTON A. COPELAND,
ANTHONY MARTIZ WHITEHURST, JR.,
CAMERON DEONTE SINGLETON,
and
KENDELL JAMAL CUSHON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

    A.    Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violation; and

    B.    Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

October 4, 2011
_____
DATE

_____
for PAMELA C. MARSH
United States Attorney

_____
THOMAS P. SWAIM
Assistant United States Attorney