## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.

Case No.  3:11cr37/LAC

TRENTON A.  COPELAND,

     Defendant.

_____/

# VERDICT

We, the jury, in the above entitled and numbered case, unanimously find the Defendant, TRENTON A.  COPELAND:

## COUNT I

✓    GUILTY of the offense of conspiracy to possess with intent to distribute cocaine, as charged in Count One.

_____    NOT GUILTY.

FILED IN OPEN COURT THIS
12 9 11
CLERK, U. S. C. . . . . .
COURT, NORTH DIST. FLA.

*If you have found the Defendant NOT GUILTY of Count One, then skip the following and date and sign verdict form. If you have found the Defendant GUILTY of Count One, then you must determine the amount of cocaine involved in the conspiracy and indicate your unanimous decision by checking one of the following:*

✓     Five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

_____     Less than five (5) kilograms but five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine.

_____     Less than five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine.

SO SAY WE ALL on this _____9_____ day of December, 2011.